UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

LOUIS A. GIBBS,

        Petitioner,           Case No. 2:19-cv-181

v.                                    Honorable Paul L. Maloney

MIKE BITNAR,

        Respondent.
_____/

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.


Dated: November 13, 2019        /s/ Paul L. Maloney
                                                   Paul L. Maloney
                                                   United States District Judge